IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| RONALD MCGEE, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-0024 |
| | ) | Judge Campbell /Frensley |
| | ) | Jury Demand |
| KEVIN GENOVESE, et al. | ) | |
|     Defendants. | ) | |

## REPORT AND RECOMMENDATION

Pending before the Court is a Motion for Preliminary Injunction and Temporary Restraining Order (Docket No. 32) filed by Calvin Tankesly. Because the undersigned has recommended that Mr. Tankesly's Motion to Intervene in this action (Docket No. 29) be denied. The undersigned further recommends that Mr. Tankesly's Motion for Preliminary Injunction and Temporary Restraining Order (Docket No. 32) filed in this proceeding be DENIED as well.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days from receipt of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days from receipt of any objections filed in this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of receipt of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L.Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986).

                                                                                      **JEFFERY S. FRENSLEY**
                                                                                       **United States Magistrate Judge**