IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RONALD MCGEE, | ) | |
| Plaintiff, | ) ) | |
| | ) | NO. 1:19-cv-00024 |
| v. | ) ) | JUDGE CAMPBELL |
| KEVIN GENOVESE, et al., | ) ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

## ORDER

Pending before the Court are two Reports and Recommendation from the Magistrate Judge (Doc. Nos. 35 and 36) recommending that the Court deny the Complaint to Intervene (Doc. No. 29) and Motion for Preliminary Injunction and Restraining Order (Doc. No. 32) filed by Calvin Tankesly *pro se*. The Magistrate Judge found Mr. Tankesly failed to establish any of the factors that would give rise to a right to intervene in this case

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's findings were to be filed within fourteen days of service (Doc. No. 35 at 4-5). No objections have been filed.

The Court has reviewed the Report and Recommendations (Doc. Nos. 35 and 36) and concludes that they should be **ADOPTED** and **APPROVED**. Accordingly, Calvin Tankesly's Complaint to Intervene (Doc. No. 29) and Motion for a Preliminary Injunction and Temporary Restraining Order (Doc. No. 32) are **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE